1 | LAWRENCE G. TOWNSEND (SBN 88184)
    LAW OFFICES OF LAWRENCE G. TOWNSEND
2 | 455 Market Street, 19th Floor
    San Francisco, California 94105
3 | Telephone: (415) 882-3288
    Facsimile:  (415) 882-3299
4 |
    Attorneys for Plaintiff and
5 | Counterdefendant INVOQ, LLC

**FILED**

MAY 0 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVOQ, LLC, a Delaware limited liability company, | Case No. C 05 05406 MJJ |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| INVOQ SYSTEMS, INC., a California corporation, | |
| Defendant. | |
| INVOQ SYSTEMS, INC., a California corporation, | |
| Counterclaimant, | |
| vs. | |
| INVOQ, LLC, a Delaware limited liability company, | |
| Counterdefendant. | |

Pursuant to F.R.C.P. 41(a)(1)(i), the parties herein, by and through their counsel of record, hereby stipulate that the entire action, including the complaint and counterclaim, be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

1

Stipulation and Order re Dismissal of Entire Action; Case No. C 05 05406 MJJ.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: April 24, 2006 | LAW OFFICES OF LAWRENCE G. TOWNSEND |
| 3 |   |   |
| 4 |   | By: _____/s/ Lawrence G. Townsend_____ |
| 5 |   | Lawrence G. Townsend<br>Attorneys for Plaintiff and Counterdefendant INVOQ, LLC<br>As the filing attorney, I attest that the foregoing is accepted by |
| 6 |   | counsel signing below. |
| 7 |   |   |
|   | Dated: April 24, 2006 | MBV LAW LLP |
| 8 |   |   |
| 9 |   |   |
|   |   | By: _____/s/ David T. Alexander_____ |
| 10 |   | David T. Alexander |
|   |   | Attorneys for Defendant and Counterclaimant INVOQ SYSTEMS, |
| 11 |   | INC. |

**IT IS SO ORDERED.**

Dated: 5/1/2006

_____
Martin J. Jenkins
United States District Judge

S:\LGT-TENA\Invoq\Pleading\Stipulation-Dismissal-Order.wpd

2

Stipulation and Order re Dismissal of Entire Action; Case No. C 05 05406 MJJ.